1  Ahren A. Tiller Esq. [SBN: 250608]
   BLC Law Center, APC
2  1230 Columbia St., Ste 1100
   San Diego, CA 92101
3  Phone (619) 894-8831
   Facsimile: (866) 444-7026
4
   Attorneys for Plaintiff
5  TIMOTHY DAWSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAWSON,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>  Defendant(s), | Case No.: 2:19-cv-01270-JFW-AGR<br><br>NOTICE OF SETTLEMENT<br><br><br><br>Judge: Hon. John F. Walter<br>Magistrate: Hon. Alicia G. Rosenberg |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that Plaintiff has and Defendants have agreed to terms to settle his claims as to all Defendants, subject to the full execution of a confidential agreement.

Plaintiff TIMOTHY DAWSON and Defendants AMERICAN EXPRESS NATIONAL BANK, intend to file a joint motion for dismissal with prejudice as to all Defendants within thirty (30) days or less.  In light of the settlement, Plaintiff

1 respectfully requests the Court take off calendar all future hearings and deadlines in
2 this case.

4 Dated: <u>May 9, 2019</u>     by: <u>/s/ Ahren A. Tiller</u>
                                Ahren A. Tiller
                                BLC Law Center, APC
                                Attorney(s) for Plaintiff